PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Jerome Andrew  Cr.: 08-00209-001
PACTS #: 042390

Name of Sentencing Judicial Officer: The Honorable Stanley R. Chesler

Date of Original Sentence: April 15, 2009

Original Offense: Conspiracy to Defraud the United States - Traffic in Unauthorized Access Devices and Dealing in Stolen Merchandise

Original Sentence: Five Years Probation

Type of Supervision: Probation          Date Supervision Commenced: 4/15/09

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | On April 1, 2010, Andrews was arrested by New York City Police Officers from the 6th Precinct and charged with Possession of Forged Instrument. This is a violation of New York State Penal Law, 170.20 a 3rd degree Class A misdemeanor. The police report states that Andrews was in possession of a forged temporary license plate on his vehicle from the State of Virginia. Andrews was arraigned in New York City Criminal Court and released on $500 bond. Andrews next court appearance is on May 29, 2010. |

U.S. Probation Officer Action:
This case is supervised by our office at the Eastern District of New York. They are requesting no action be taken until they complete their full investigation into the matter. We will notify the Court upon completion of their investigation and initiate further action necessary

Respectfully submitted,
By: Amy J. Capozzolo
U.S. Probation Officer
Date: 5/7/10

*No Response is necessary unless the court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[✗] Other _No action pending investigation by prosecutor_

Signature of Judicial Officer

5/28/2010
Date

