PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Jerome Andrew

Cr.: 08-209-01
PACTS #: 42390

Name of Sentencing Judicial Officer: The Honorable Stanley R. Chesler

Date of Original Sentence: 4/15/09

Original Offense: Conspiracy to Traffic in Unauthorized Access Devices and Dealing in Stolen Merchandise

Original Sentence: 5 years probation

Type of Supervision: Probation                                   Date Supervision Commenced: 4/15/09

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | On December 8, 2012, Andrew was arrested by the Port Authority Police Department and charged with Public Lewdness and Trespass. According to the complaint, police observed the offender and another individual inside a public bathroom at the Port Authority Bus Terminal masturbating while facing each other. This occurred in an area for ticketed passengers only. When asked by police, the offender and the other individual did not produce bus tickets. |

U.S. Probation Officer Action:

The probation office will continue to monitor the offender's actions and associations. We recommend no court action until adjudication of the pending charges. We will advise the court of the outcome of this matter.

Respectfully submitted,
Maureen Kelly
By: Amy J. Capozzolo
U.S. Probation Officer
Date: 2/5/13

*No Response is necessary unless the court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Signature of Judicial Officer

2/8/13
Date